UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLY ZONCA,

    Plaintiff,

v.                                            CASE NO. 8:10-cv-2330-T-23MAP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**

An administrative law judge (ALJ) denied Kelly Zonca's claims for disability insurance benefits and for supplemental security income. Asserting that the ALJ erred, Zonca sues the Commissioner of Social Security. On January 12, 2012, Magistrate Judge Pizzo issued a report (Doc. 16) concluding that the ALJ observed the correct legal standard and properly considered the evidence.

Zonca submits no objection to the report and recommendation, which is thorough and proper. Accordingly, the report and recommendation (Doc. 16) is **ADOPTED**, the Commissioner of Social Security's denial of Zonca's claims is **AFFIRMED**, and Zonca's action is **DISMISSED**. The clerk is directed to enter a

judgment in favor of the Commissioner of Social Security, to terminate any pending motion, and to close the case.

ORDERED in Tampa, Florida, on January 31, 2012.

*Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE